1

2

3                                    **JS-6**

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  ALBER & GEORGETTE SAID, )    Case No. EDCV 10-00182
                            )    VAP(OPx)
12             Plaintiffs, )
                            )    **JUDGMENT**
13        v.                )
                            )
14  IRS AGENT: DONALD        )
    HONAKER,                 )
15                          )
               Defendant.   )
16  _____

17  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18       Pursuant to the Order filed herewith, IT IS ORDERED

19  AND ADJUDGED that Plaintiffs' Complaint is DISMISSED

20  WITHOUT PREJUDICE.  The Court orders that such judgment

21  be entered.

22

23

24

25  Dated: May 3, 2011  _____
                                  VIRGINIA A. PHILLIPS
26                            United States District Judge

27

28